IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAROLD B. WILSON, and GRACY S. SEDLAK, | ) ) ) | 8:13CV130 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| JON BRUNING, et al., | ) ) ) | |
| Defendants. | ) | |

The above-captioned matter was provisionally filed on April 22, 2013. (Filing No. 1.) However, due to certain technical defects, the Complaint cannot be further processed as to Plaintiff Gracy Sedlak ("Sedlak"). To assure further consideration of the Complaint, Sedlak must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE COMPLAINT.**

Sedlak has failed to include the $400.00 filing and administrative fees. Sedlak has the choice of either tendering the $400.00 fees to the Clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Sedlak chooses to do the latter, Sedlak should complete and return the enclosed pauper's forms.

IT IS THEREFORE ORDERED that:

1. Sedlak is directed to correct the above-listed technical defect in the Complaint within 30 days of the date of this Memorandum and Order. Accordingly, Sedlak must pay the $400.00 fees to the Clerk of the court, or submit a request to proceed in forma pauperis and an affidavit of poverty in support thereof. Sedlak is reminded that Rule 11(a) requires that she sign every pleading, written motion, and other paper that she submits to the court, and that it is improper for Plaintiff Harold

Wilson to sign papers in place of, or to otherwise represent, her. (*See* court's order from June 11, 2013 (Filing No. 9).)

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter as to Sedlak without further notice.

3. The Clerk of the court is directed to send to Sedlak the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: September 1, 2013: Check for MIFP or payment.

DATED this 31st day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.